IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:26-cr-0013** |
| | ) | |
| **LEROY GAIL LESLIE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge entered on June 10, 2026, ECF No. 40, recommending that the Defendant's plea of guilty to the lesser included offense in Count One of the Indictment, possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 40, is **ADOPTED;** it is further

**ORDERED** that Defendant Leroy Gail Leslie's plea of guilty to the lesser included offense in Count One of the Indictment, is **ACCEPTED**, and that Leroy Gail Leslie is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

*United States v. Leslie*
Case No. 3:26-cr-0013
Order
Page **2** of **2**

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than August 6, 2026;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later than August 20, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than September 3, 2026;** it is further

**ORDERED** that the parties shall file their sentencing memoranda **no later September 24, 2026**; and it is further

**ORDERED** that a sentencing hearing shall be held on **October 8, 2026, at 11:00 A.M.** in S. Thomas Courtroom No. 1 before Chief Judge Robert A. Molloy.

**Dated:** June 25, 2026                    */s/ Robert A. Molloy*
                                             **ROBERT A. MOLLOY**
                                             **Chief Judge**